# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: SUNBEAMER SERVICES CORP § Case No. 09-25326-JS
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $70.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $382,404.84    Claims Discharged
                                                Without Payment: $60,000.00

Total Expenses of Administration: $207,635.02

3) Total gross receipts of $ 590,039.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $590,039.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,102,581.86 | $1,102,581.86 | $382,404.84 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 207,635.02 | 207,635.02 | 207,635.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 60,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $60,000.00 | $1,310,216.88 | $1,310,216.88 | $590,039.86 |

4) This case was originally filed under Chapter 7 on July 13, 2009. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2011     By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 825 NORTH MAIN STREET, GLEN ELLYN, IL | 1110-000 | 590,000.00 |
| Interest Income | 1270-000 | 39.86 |
| **TOTAL GROSS RECEIPTS** | | **$590,039.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Business Loan Center | 4110-000 | N/A | 1,102,581.86 | 1,102,581.86 | 382,404.84 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,102,581.86** | **$1,102,581.86** | **$382,404.84** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHICAGO TITLE & TRUST COMPANY | 2820-000 | N/A | 4,877.56 | 4,877.56 | 4,877.56 |
| CHICAGO TITLE & TRUST COMPANY | 2820-000 | N/A | 9,927.99 | 9,927.99 | 9,927.99 |
| CHICAGO TITLE & TRUST COMPANY | 2820-000 | N/A | 3,242.77 | 3,242.77 | 3,242.77 |
| MILLENIUM PROPERTY | 3510-000 | N/A | 32,450.00 | 32,450.00 | 32,450.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| CHICAGO TITLE | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| JENS K DOE | 2500-000 | N/A | 2,200.00 | 2,200.00 | 2,200.00 |
| CHICAGO TITLE | 2820-000 | N/A | 108,152.68 | 108,152.68 | 108,152.68 |
| ASSOCIATED SURVEY | 2500-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| CHICAGO TITLE | 2500-000 | N/A | 1,230.00 | 1,230.00 | 1,230.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 2,392.50 | 2,392.50 | 2,392.50 |
| DAVID E. GROCHOCINSKI | 2100-000 | N/A | 32,751.52 | 32,751.52 | 32,751.52 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 7,560.00 | 7,560.00 | 7,560.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 207,635.02 | 207,635.02 | 207,635.02 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GLOBAL DEVELOPMENT & ENVIRONMENTAL | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 60,000.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-25326-JS  
**Case Name:** SUNBEAMER SERVICES CORP  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 07/13/09 (f)  
**§341(a) Meeting Date:** 09/15/09  

**Period Ending:** 03/31/11  

**Claims Bar Date:** 12/18/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 825 NORTH MAIN STREET, GLEN ELLYN, IL | 1,400,000.00 | 400,000.00 | | 590,000.00 | FA |
| 2 | HARRIS BANK | 70.00 | 0.00 | DA | 0.00 | FA |
| 3 | CONTRACT RIGHT CONTEMPORARY MARKETING | Unknown | Unknown | | 0.00 | Unknown |
| Int | INTEREST (u) | Unknown | N/A | | 39.86 | FA |
| 4 | Assets Totals (Excluding unknown values) | $1,400,070.00 | $400,000.00 | | $590,039.86 | $0.00 |

**Major Activities Affecting Case Closing:**

12/18/09 ORDER ENTERED EMPLOYING BROKER; ATTEMPTING TO SELL REAL ESTATE

REAL ESTATE SOLD; MOTION SET FOR 1/28/11 TO PAY SECURED CREDITOR, ADMINISTRATIVE CLAIMS AND DEEM AS FINAL REPORT

**Initial Projected Date Of Final Report (TFR):** December 31, 2011  **Current Projected Date Of Final Report (TFR):** January 28, 2011 (Actual)

Printed: 03/31/2011 09:21 AM  V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-25326-JS  
**Case Name:** SUNBEAMER SERVICES CORP  
**Taxpayer ID #:** **-***1193  
**Period Ending:** 03/31/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/01/10 | | CHICAGO TITLE & TRUST COMPANY | | | | 353,210.47 | | 353,210.47 |
| | {1} | | | 517,891.47 | 1110-000 | | | 353,210.47 |
| | | | COUNTY TAXES | -4,877.56 | 2820-000 | | | 353,210.47 |
| | | | 2010 TAXES | -9,927.99 | 2820-000 | | | 353,210.47 |
| | | | 2010 TAXES | -3,242.77 | 2820-000 | | | 353,210.47 |
| | | MILLENIUM PROPERTY | COMMISSION TO REALTOR | -32,450.00 | 3510-000 | | | 353,210.47 |
| | | CHICAGO TITLE | TITLE INSURANCE/CLOSING FEE, ETC | -1,000.00 | 2500-000 | | | 353,210.47 |
| | | JENS K DOE | SURVEY | -2,200.00 | 2500-000 | | | 353,210.47 |
| | | CHICAGO TITLE | 2006, 2007,2008,2009 RE TAXES | -108,152.68 | 2820-000 | | | 353,210.47 |
| | | ASSOCIATED SURVEY | SURVEY | -1,600.00 | 2500-000 | | | 353,210.47 |
| | | CHICAGO TITLE | OWNERS POLICY | -1,230.00 | 2500-000 | | | 353,210.47 |
| 10/14/10 | {1} | CHICAGO TITLE | BALANCE OF HOLD BACK FOR TAX REDEMPTION ON SALE OF REAL ESTATE | | 1110-000 | 72,108.53 | | 425,319.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 9.13 | | 425,328.13 |
| 11/03/10 | 1001 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR ADVERSARY FILING FEE | | 2700-000 | | 250.00 | 425,078.13 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 10.47 | | 425,088.60 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 10.83 | | 425,099.43 |
| 01/28/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | | 1270-000 | 9.43 | | 425,108.86 |
| 01/28/11 | | To Account #9200******7866 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | | 9999-000 | | 425,108.86 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 425,358.86 | 425,358.86 | $0.00 |
| Less: Bank Transfers | 0.00 | 425,108.86 | |
| **Subtotal** | 425,358.86 | 250.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$425,358.86** | **$250.00** | |

{} Asset reference(s)

Printed: 03/31/2011 09:21 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-25326-JS  
**Case Name:** SUNBEAMER SERVICES CORP  
**Taxpayer ID #:** **-***1193  
**Period Ending:** 03/31/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/11 |  | From Account #9200******7865 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 425,108.86 |  | 425,108.86 |
| 01/28/11 | 101 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | FINAL COMPENSATION TO ACCOUNTANT | 3410-000 |  | 2,392.50 | 422,716.36 |
| 01/28/11 | 102 | DAVID E. GROCHOCINSKI | TEE COMPENSATION | 2100-000 |  | 32,751.52 | 389,964.84 |
| 01/28/11 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | COMPENSATION TO TRUSTEE'S COUNSEL | 3110-000 |  | 7,560.00 | 382,404.84 |
| 01/28/11 | 104 | BUSINESS LOAN CENTER, INC | PAYMENT OF SECURED CLAIM | 4110-000 |  | 382,404.84 | 0.00 |
|  |  |  | ACCOUNT TOTALS |  | 425,108.86 | 425,108.86 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 425,108.86 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 425,108.86 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $0.00 | $425,108.86 |  |

|  |  |
|---|---|
| Net Receipts : | 425,358.86 |
| Plus Gross Adjustments : | 164,681.00 |
| Net Estate : | $590,039.86 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******78-65 | 425,358.86 | 250.00 | 0.00 |
| Checking # 9200-******78-66 | 0.00 | 425,108.86 | 0.00 |
|  | $425,358.86 | $425,358.86 | $0.00 |

{} Asset reference(s)